| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-17932 / CMG**

John J. Hofer

Petition Filed Date: 10/06/2022
341 Hearing Date: 11/03/2022
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/31/2022 | $400.00 | 87960790 | 12/01/2022 | $400.00 | 88569110 | 01/04/2023 | $400.00 | 89099500 |
| 01/30/2023 | $400.00 | 89626950 | 03/01/2023 | $400.00 | 90245200 | | | |

**Total Receipts for the Period: $2,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John J. Hofer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq. | Attorney Fees | $2,680.00 | $0.00 | $2,680.00 |
| | | No Disbursements: No Check | | | |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2013-2016, 2019-2020 | Secured Creditors | $25,997.42 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2018 | Unsecured Creditors | $5,957.21 | $0.00 | $0.00 |
| 3 | NEW JERSEY TURNPIKE AUTHORITY<br>»»  UNPAID TOLLS & ADM CLAIMS | Unsecured Creditors | $611.80 | $0.00 | $0.00 |
| 4 | CAVALRY SPV I, LLC<br>»»  CAPITAL ONE, NA | Unsecured Creditors | $4,872.73 | $0.00 | $0.00 |
| 5 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $233.56 | $0.00 | $0.00 |
| 6 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>»»  P/1748 HILLWOOD RD/1ST MTG/ORDER 12/23/22 | Mortgage Arrears | $242,535.46 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-17932 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $2,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $400.00 |
| Paid to Trustee: | $144.00 | Arrearages: | $0.00 |
| Funds on Hand: | $1,856.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

