UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 22-17932 |
| John J. Hofer | Chapter: | 13 |
| | Judge: | CMG |

### NOTICE OF PROPOSED PRIVATE SALE

_____John J. Hofer_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on _____June 7, 2023_____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, _____Trenton, New Jersey_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  1748 Hillwood Road
Forked River, NJ 08731

Proposed Purchaser:  Denise Wagner

Sale price: $395,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Oliver & Legg, LLC
Amount to be paid:  $2,500.00
Services rendered:  Attorney for Seller

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: R. Cameron Legg, Esq of OLIVER & LEGG, LLC

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 22-17932-CMG
John J. Hofer                                                                                  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                 Page 1 of 3
Date Rcvd: May 02, 2023                           Form ID: pdf905                             Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John J. Hofer, 1748 Hillwood Road, Forked River, NJ 08731-3935 |
| 519730338 | + | Bank of America, c/o Mattleman Weinroth & Miller, 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410 |
| 519730340 | + | Bank of the West, c/o Peretore & Peretore, PC, 191 Woodport Road, Sparta, NJ 07871-2607 |
| 519730350 | + | First Resolution Investment Corp., c/o Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 519730349 | + | First Resolution Investment Corp., PO Box 34000, Seattle, WA 98124-1000 |
| 519730355 | + | Motor Vehicle Commission, Attn: NJSVS Bankruptcy Unit, PO Box 136, Trenton, NJ 08601-0136 |
| 519730356 | + | Nanette Bowman, c/o Stacey D. Kerr, Esq., 81 E Water Street, Toms River, NJ 08753-7663 |
| 519730357 | | New Century Financial Services, 116 S Jefferson Road, Whippany, NJ 07981 |
| 519730361 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 02 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 02 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519730337 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 02 2023 20:43:00 | Bank of America, 100 North Tyron Street, Charlotte, NC 28255-0001 |
| 519730339 | + | Email/Text: bknotices@bankofthewest.com | May 02 2023 20:44:59 | Bank of the West, 505 Montgomery Street, San Francisco, CA 94111-2552 |
| 519730341 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 02 2023 21:00:56 | Capital One Yamaha, PO Box 71106, Charlotte, NC 28272-1106 |
| 519765835 | + | Email/Text: bankruptcy@cavps.com | May 02 2023 20:44:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519730342 | + | Email/Text: bnc@bass-associates.com | May 02 2023 20:43:00 | Cavalry Spv I, LLC, c/o Bass & Associates, PC, 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 519730344 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 02 2023 20:43:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 519730343 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 02 2023 20:43:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519730346 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 02 2023 20:44:00 | EZPass, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519730348 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 02 2023 20:48:55 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519730347 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 02 2023 20:48:55 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |

Case 22-17932-CMG    Doc 31    Filed 05/04/23    Entered 05/05/23 00:17:06    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 02, 2023 | Form ID: pdf905 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519730352 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 02 2023 20:43:00 | Internal Service Revenue, 50 West State Street, Trenton, NJ 08608-1220 |
| 519730353 | + | Email/Text: PBNCNotifications@peritusservices.com | May 02 2023 20:43:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519730354 | + | Email/Text: PBNCNotifications@peritusservices.com | May 02 2023 20:43:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519730345 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 02 2023 20:43:00 | EZPass, PO Box 4971, Trenton, NJ 08650 |
| 519741105 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 02 2023 20:43:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519730358 | | Email/Text: signed.order@pfwattorneys.com | May 02 2023 20:43:00 | New Century Financial Services, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519787948 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 02 2023 20:44:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519730360 | ^ | MEBN | May 02 2023 20:40:40 | Select Portfolio Servicing, Inc., c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519730359 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 02 2023 20:44:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519731082 | + | Email/PDF: gecsedi@recoverycorp.com | May 02 2023 20:50:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519730351 | * | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519791058 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 04, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: May 02, 2023 | Form ID: pdf905 | Total Noticed: 31 |

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the HarborView Mortgage Loan Trust 2005-15, Mortgage Loan Pass-Through Certificates, Series 2005-15 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert Cameron Legg
    on behalf of Debtor John J. Hofer courtdocs@oliverandlegg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5