# KML LAW GROUP, P.C.
**A PROFESSIONAL CORPORATION INCORPORATED IN PENNSYLVANIA**
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
www.kmllawgroup.com

May 5, 2023

The Honorable Christine M. Gravelle, U.S.B.J.
Courtroom # 3
402 East State Street
Trenton, NJ 08608

      RE:  John J. Hofer dba Hofer Contracting
      Case No. 22-17932-CMG
      Premises:  1748 Hillwood Road, Forked River, NJ 08731
      Secured Creditor:  Deutsche Bank National Trust Company, as Trustee for the
      HarborView Mortgage Loan Trust 2005-15, Mortgage Loan Pass-Through Certificates,
      Series 2005-15

Dear Judge Gravelle,

      This office represents Deutsche Bank National Trust Company, as Trustee for the HarborView Mortgage Loan Trust 2005-15, Mortgage Loan Pass-Through Certificates, Series 2005-15 ("Secured Creditor"), holder of a mortgage on real property located at 1748 Hillwood Road, Forked River, NJ 08731.  Please accept this letter in response to Debtor's motion to sell the subject property.

      Secured Creditor has reviewed the current motion to sell and the proposed form of order filed with the Court.  Secured Creditor does not object to the motion or the proposed order in its current form.  However, should the proposed order be revised, or if the underlying facts supporting the motion should change, including but not limited to the purchase price, Secured Creditor reserves its right to object to the motion.

      Secured Creditor's response, in its present form, is not an objection to the current motion to sell the subject property.  The undersigned does not intend to appear to prosecute an objection

at this time unless the proposed order is amended to a form deemed objectionable.

        Respectfully,
        KML LAW GROUP, P.C.

        **/s/ Denise Carlon, Esq.**
        Denise Carlon, Esquire
        dcarlon@kmllawgroup.com
        Attorney for Secured Creditor

**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By: Denise Carlon Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
Attorneys for Secured Creditor: Deutsche Bank National Trust Company, as Trustee for the HarborView Mortgage Loan Trust 2005-15, Mortgage Loan Pass-Through Certificates, Series 2005-15

In Re:
John J Hofer d/b/a Hofer Contracting
Debtor

Case No:    22-17932 CMG

Chapter:    13

Judge:    Christine M. Gravelle

# CERTIFICATION OF SERVICE

1. I, Patricia Rychards:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the Secured Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 05/09/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Response to Debtor's Motion to Sell Real Property Free and Clear of Liens Claims and/or Encumbrances
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 05/09/2023           */s/ Patricia Rychards*

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| John J Hofer d/b/a Hofer Contracting<br>1748 Hillwood Road<br>Forked River, NJ 08731-0000 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Robert Cameron Legg<br>Oliver & Legg<br>2240 Highway 33 Suite 112<br>Neptune, NJ 07753 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |