Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−17932−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John J. Hofer
   dba Hofer Contracting
   1748 Hillwood Road
   Forked River, NJ 08731

Social Security No.:
   xxx−xx−3361

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 8, 2023.

Dated: June 8, 2023
JAN: rms

                               Jeanne Naughton
                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                            Case No. 22-17932-CMG
John J. Hofer                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin       Page 1 of 3
Date Rcvd: Jun 08, 2023       Form ID: plncf13       Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John J. Hofer, 1748 Hillwood Road, Forked River, NJ 08731-3935 |
| 519730338 | + | Bank of America, c/o Mattleman Weinroth & Miller, 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410 |
| 519730340 | + | Bank of the West, c/o Peretore & Peretore, PC, 191 Woodport Road, Sparta, NJ 07871-2607 |
| 519730350 | + | First Resolution Investment Corp., c/o Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 519730349 | + | First Resolution Investment Corp., PO Box 34000, Seattle, WA 98124-1000 |
| 519730355 | + | Motor Vehicle Commission, Attn: NJSVS Bankruptcy Unit, PO Box 136, Trenton, NJ 08601-0136 |
| 519730356 | + | Nanette Bowman, c/o Stacey D. Kerr, Esq., 81 E Water Street, Toms River, NJ 08753-7663 |
| 519730357 | | New Century Financial Services, 116 S Jefferson Road, Whippany, NJ 07981 |
| 519730361 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519730337 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 08 2023 21:04:00 | Bank of America, 100 North Tyron Street, Charlotte, NC 28255-0001 |
| 519730339 | + | Email/Text: bknotices@bankofthewest.com | Jun 08 2023 21:05:10 | Bank of the West, 505 Montgomery Street, San Francisco, CA 94111-2552 |
| 519730341 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 08 2023 21:21:58 | Capital One Yamaha, PO Box 71106, Charlotte, NC 28272-1106 |
| 519765835 | + | Email/Text: bankruptcy@cavps.com | Jun 08 2023 21:05:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519730342 | + | Email/Text: bnc@bass-associates.com | Jun 08 2023 21:04:00 | Cavalry Spv I, LLC, c/o Bass & Associates, PC, 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 519730344 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2023 21:05:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 519730343 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2023 21:05:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519730346 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 08 2023 21:05:00 | EZPass, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519730348 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 08 2023 21:21:52 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519730347 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 08 2023 21:21:58 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519730352 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 08 2023 21:04:00 | Internal Service Revenue, 50 West State Street, Trenton, NJ 08608-1220 |
| 519730353 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 08 2023 21:04:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519730354 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 08 2023 21:04:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519730345 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 08 2023 21:04:00 | EZPass, PO Box 4971, Trenton, NJ 08650 |
| 519741105 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 08 2023 21:04:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519730358 | | Email/Text: signed.order@pfwattorneys.com | Jun 08 2023 21:04:00 | New Century Financial Services, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519787948 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 08 2023 21:05:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519730360 | ^ | MEBN | Jun 08 2023 21:04:57 | Select Portfolio Servicing, Inc., c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519730359 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 08 2023 21:05:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519731082 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2023 21:21:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519730351 | * | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519791058 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2023       Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 08, 2023 | Form ID: plncf13 | Total Noticed: 31 |

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the HarborView Mortgage Loan Trust 2005-15, Mortgage Loan Pass-Through Certificates, Series 2005-15 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert Cameron Legg
    on behalf of Debtor John J. Hofer courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5