|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>John J. Hofer<br><br><br><br>Debtor(s) |

Case No.: 22-17932 / CMG

Judge: Christine M. Gravelle

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 11/26/2024, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  11/26/2024                                                                /s/  Kierstyn Buchanan
                                                                                            Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| John J. Hofer<br>1748 Hillwood Road<br>Forked River, NJ  08731 | Debtor(s) | Regular Mail |
| Robert Cameron Legg, Esq.<br>Oliver & Legg LLC<br>2240 Highway 33<br>Suite 112<br>Neptune, NJ  07753 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |