UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
R. Cameron Legg, Esq.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s) John Hofer
courtdocs@oliverandlegg.com

In Re:

  John Hofer
        Debtors

Case No.:  22-17932

Adv. No:

Chapter: 7

Judge:

## SUPPLEMENTAL DISCLOSURE OF DEBTOR'S ATTORNEY COMPENSATION

      Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

(1) On 12/6/2024, the Debtor in the above captioned case authorized me to file a Motion to Convert his Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy.

(2) The Debtor has paid our firm $2,000.00 for the legal fee, the filing fee, an updated credit report and judgment report.

(3) I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      I certify that the foregoing is a complete statement of any agreement for payment to me for representation of the Debtor not previously disclosed in this case.

Date: 12/17/2024

/s/ *R. Cameron Legg*
R. Cameron Legg