UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
courtdocs@oliverandlegg.com

In Re:

John Hofer,
    Debtor

Case No.: 22-17932
Chapter: 7
Adv. No.: _____
Hearing Date: _____
Judge: Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, __Marie Chamra__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Oliver & Legg__, who represents __the debtor(s)__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __12/26/2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order of Conversion from Chapter 13 to Chapter 7 and the Amendment Order approving the addition of one creditor.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/26/2024

/s/ Marie Chamra
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John Michael McDonnell<br>115 Maple Ave Ste 201<br>Red Bank, NJ 07701-1753 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ocean Orthopedic<br>co Mazzoni Law<br>1170 East Landis Ave<br>Vineland, NJ 08360-4230 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ocean Orthopedic Associates<br>20 Hospital Dr Suite 12<br>Toms River, NJ 08755 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

2